IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DAVID COHEN, *et al.*, | : Case No. 1:21-cv-00601 |
| Plaintiffs, | : Judge Timothy S. Black |
| vs. | : |
| DUANE HUGHES, *et al.*, | : **AGREED ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO MOVE OR OTHERWISE PLEAD** |
| Defendants. | |

Plaintiffs David Cohen, et al. ("Plaintiffs") and Defendants Duane Hughes, et al. ("Defendants") have agreed to extend by 40 days Defendants' deadline to move or otherwise plead in response to Plaintiffs' Complaint (Doc. 1). Defendants' current stipulated deadline to respond to the Complaint is November 4, 2021. The parties have agreed to extend that deadline to December 14, 2021.

Accordingly, upon agreement of the parties, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that Defendants shall move, answer, or otherwise respond to Plaintiffs' Complaint on or before December 14, 2021.

IT IS SO ORDERED:

11/4/21
Date

*/s/ Timothy S. Black*
**Timothy S. Black**
**United States District Judge**

**Submitted by:**

/s/ [Plaintiffs' Counsel] (per email authority)
THOMAS J. CONNICK (0070527)
CONNICK LAW LLC
25550 Chagrin Blvd., Suite 101
Beachwood, OH 44122
Telephone: 216/364-0512
216/609-3446 (fax)
Email: tconnick@connicklawllc.com
*Counsel for Plaintiff*

/s/ Russell S. Sayre
Russell S. Sayre (0047125)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Phone: (513) 357-9368
Fax: (513) 381-0205
cziepfel@taftlaw.com
srtaylor@taftlaw.com
*Counsel for Defendant*